IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILTON AMOS ROSS,

      Petitioner,

v.                                      CASE NO. 4:90-cv-40141-MP-WCS

RICHARD L. DUGGER,

      Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 178, Report and Recommendations of the

Magistrate Judge, recommending that Petitioner's Motion for Relief of Judgment, Doc. 177, be

dismissed as a second or successive petition under 28 U.S.C. § 2254. The Magistrate Judge filed

the Report and Recommendation on Tuesday, March 14, 2006. The parties have been furnished

a copy of the Report and Recommendation and have been afforded an opportunity to file

objections. Plaintiff has filed objections to the Magistrate's report, Doc. 179. Pursuant to Title

28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those

portions to which an objection has been made.

      In his objections, the Petitioner contends that this court should entertain this second

§ 2254 petition. However, as the Magistrate correctly points out, Rule 9 of 28 U.S.C. § 2254

provides that "[b]efore presenting a second or successive petition, the petitioner must obtain an

order from the appropriate court of appeals authorizing the district court to consider the petition

as required by 28 U.S.C. § 2244(b)(3) and (4)." Furthermore, 28 U.S.C. § 2244(b)(3)(A) states

that "[b]efore a second or successive application . . . is filed in the district court, the applicant

shall move in the appropriate court of appeals for an order authorizing the district court to

consider the application."  Petitioner has failed to obtain authorization from the court of appeals

prior to filing this motion.  Therefore, this Court is without jurisdiction to consider the

Petitioner's motion.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and
        incorporated herein.

2.      This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  _5th_ day of May, 2006

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge